**Order entered February 14, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00150-CV

**LAURA CARACIO, Appellant**

**V.**

**JOHN DOE, INDIVIDUALLY AND AS NEXT FRIEND OF JOHN DOE, JR., A MINOR AND JANE DOE, INDIVIDUALLY AND AS NEXT FRIEND OF JOHN DOE, JR., A MINOR, Appellees**

**On Appeal from the 68th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-17-16679**

## ORDER

Before the Court is the February 12, 2019 request of Antionette Reagor, Official Court Reporter for the 68th Judicial District Court, for an extension of time to file the reporter's record.

We **GRANT** the request and extend the time to **February 25, 2019**.

/s/     BILL WHITEHILL
        JUSTICE